No. 9768.

THE STATE OF LOUISIANA vs. LEON LEVY AND ANDREW TRÉGRE.

ON Application for Habeas Corpus, for the Privilege of Bail.

*Sims & Poché*, for the Relator.

*J. L. Gaudet*, District Attorney, and *F. C. Zacharie, contra.*

By MR. JUSTICE POCHÉ; MR. JUSTICE TODD concurring:

Considering that the commitment under which the defendants are held in custody emanates from the Judge of the Twenty-second Judicial District Court, a court of general jurisdiction and of special jurisdiction in the premises, and that the same was issued after a thorough preliminary examination, at which the accused introduced evidence, and were heard by counsel;

Considering that the power of the Judges of the Supreme Court of this State to issue and entertain writs of *habeas corpus*, is one of original jurisdiction, concurrent with, and not superior to, the same power which is vested in district judges, (Constitution, arts. 89 and 115), and that the attempt of a judge or judges of the Supreme Court to review the commitment, shown to be regular and legal in form, issued by a competent district judge, would be in reality a sort of collateral appeal, not granted by law or sanctioned by the Constitution, (Church on Habeas Corpus, p. 304, and authorities therein cited;) it must be held that the judges of the Supreme Court are powerless to review the commitment of the district judge, when it is issued after a preliminary examination, and that, therefore, the relief herein prayed for cannot be granted.

It is, therefore, ordered that the application for a *habeas corpus* made in this case, be dismissed, and that the application of the defendants to be admitted to bail be denied.

F. P. POCHÉ,
R. B. TODD,
Associate Justices.